# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>BILLY M&M INCORPORATED<br>*doing business as*<br>Cici's Pizza,<br><br>　　　　　　Defendant. | Case No.: 2:17-cv-01426-GMN-GWF |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

　　　Plaintiff Kevin Zimmerman has failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant Billy M&M Incorporated doing business as Cici's Pizza pursuant to Fed. R. Civ. P. 4(m).

　　　IT IS THEREFORE ORDERED that the action is hereby dismissed without prejudice as to Defendant Billy M&M Incorporated doing business as Cici's Pizza.

　　　IT IS FURTHER ORDERED that the Clerk of Court shall close this case.

　　　**DATED** this __7__ day of December, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court